Prob 12
(Rev 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Donna Marie Bishop                                              Docket No. 00-00182-002

**Petition on Probation**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donna Marie Bishop, who was placed on probation by the Honorable Gustave Diamond sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of February, 2003, who fixed the period of probation at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall comply with the conditions of home detention for a period of 6 months.
- Shall not possess a firearm or other destructive device.
- Shall not illegally possess a controlled substance.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- Shall submit to a mental health evaluation and participate in mental health treatment program as directed by the probation officer.
- Shall pay a special assessment in the amount of $100.

02-20-03:    Conspiracy to Distribute and Possess With Intent to Distribute Less Than 500 Grams of Cocaine; 3 years' probation; Currently supervised by U.S. Probation Officer Verne Howard, Jr.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the probationer has violated the following condition of supervised release:

**The defendant shall not commit another federal, state or local crime.**

Ms. Bishop was arrested by the Scott Township Police Department on January 31, 2006, and charged with Possession of a Controlled Substance (Oxycodone), and Possession With Intent to Deliver a Controlled Substance (Oxycodone)(OTN#G308246-1).

U.S.A. vs. Donna Marie Bishop
Docket No. 00-00182-001
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for arrest and held in abeyance until pending charges are resolved.

ORDER OF COURT

Considered and ordered this _____ day of
_____ , 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 14, 2006

_____
Verne Howard, Jr.
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania