Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Donna Marie Bishop                               Docket No. 00-00182-002

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donna Marie Bishop, who was placed on probation by the Honorable Gustave Diamond sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of February 2003, who fixed the period of probation at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall comply with the conditions of home detention for a period of six months.
- Shall not possess a firearm or other destructive device.
- Shall not illegally possess a controlled substance.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- Shall submit to a mental health evaluation and participate in mental health treatment program as directed by the probation officer.
- Shall pay a special assessment in the amount of $100.

02-20-03:   Conspiracy to Distribute and Possess With Intent to Distribute Less Than 500 Grams of Cocaine; Three years' probation; Currently supervised by U.S. Probation Officer Verne Howard, Jr.

02-16-06:   Order signed, Judge Diamond; Warrant issued and held in abeyance until pending matters are resolved.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that on June 13, 2007, the offender pled guilty to Possession With the Intent to Deliver at OTN#G308246-1. On September 20, 2007, she appeared for sentencing before Judge Machen, Allegheny County Court of Common Pleas, and was sentenced to 15 to 30 months' incarceration, to be followed by 3 years' probation. In light of the sentence imposed for the new conviction, our office is requesting no further action.

2007 DEC 21 PH 3: 17
CLERK
U S DISTRICT COURT

U.S.A. vs. Donna Marie Bishop
Docket No. 00-00182-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the petition submitted on February 16, 2006, be withdrawn and the term of probation at Criminal No. 00-00182-002 be closed.

ORDER OF COURT
Considered and ordered this 26th day of December, 2007, and ordered filed and made a part of the records in the above case.

*Gustave Diamond*
Gustave Diamond
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2008

Verne Howard, Jr.
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania